UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KATHLEEN NEVILLE,

    Plaintiff,

v.

Civil Action No. 10-CV-622

ZWICKER & ASSOCIATES, P.C.,

    Defendant.

---

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: /s/

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED:

_____
Robert W. Thuotte, Esq.
Zwicker & Associates P.C.
*Attorneys for Defendant*
80 Minuteman Road
Andover, Massachusetts 01810
Phone: (978) 686-2255 ext.3112